GREGG A. HUBLEY, ESQ., NBN 7386
CHRISTOPHER A.J. SWIFT, ESQ., NBN 11291
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
7201 W. Lake Mead Boulevard, Suite 570
Las Vegas, Nevada 89128
Telephone: (702) 789-7529
Facsimile: (702) 909-7865
E-mail: gregg@aswtlawyers.com
E-mail: christopher@aswtlawyers.com

MARIANNE C. LANUTI, ESQ., NBN 7784
**LAW OFFICES OF MARIANNE C. LANUTI**
658 Falcon Summit Ct.
Henderson, Nevada 89012
Telephone: (702) 501-1147
E-mail: NVKidsLaw@gmail.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| B.H., a minor by and through her Parent, Sirbrina Bell,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; SCARLETT PERRYMAN, individually, and in her official capacity as School Associate Superintendent of Clark County School District; RYAN LEWIS, individually, and in his official capacity as Plaintiff's former Principal; KATHRYN FITZGERALD, individually and in her capacity as Plaintiff's former teacher of record; DOES I-X, and ROE CORPORATIONS I –X, inclusive<br><br>Defendant(s). | Case No.: 2:23-cv-00564-JCM-DJA<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT LEWIS AND FITZGERALD'S MOTION FOR PARTIAL DISMISSAL, PLAINTIFF'S OPPOSITION TO DEFENDANT CLARK COUNTY SCHOOL DISTRICT AND PERRYMAN'S JOINDER TO DEFENDANT LEWIS AND FITZGERALD'S MOTION FOR PARTIAL DISMISSAL, AND DEFENDANTS' REPLIES TO PLAINTIFF'S OPPOSITION** |

Pursuant to District of Nevada Local Rule 6-1, the undersigned counsel of record of Plaintiff B.H., a minor by and through her Parent Sirbrina Bell ("Plaintiff") and Defendants Clark County School District ("CCSD"), Scarlett Perryman ("Perryman") , Ryan Lewis ("Lewis"), and Kathryn Fitzgerald ("Fitzgerald"), submit this stipulation requesting that the Court extend Plaintiff's

deadline to file an opposition to Defendant Lewis and Fitzgerald's Motion for Partial Dismissal and Plaintiff's opposition to Defendant CCSD and Perryman's Joinder to Defendant Lewis and Fitzgerald's Motion for Partial Dismissal from June 26, 2023 to July 6, 2023. The undersigned counsels of record also request that the Court extend Defendants' deadline to file a reply to Plaintiff's Opposition to Defendant Lewis and Fitzgerald's Motion to Dismiss Plaintiff's Complaint and Plaintiff's Opposition to Defendant CCSD and Perryman's Joinder to Defendant Lewis and Fitzgerald's Motion to Dismiss Plaintiff's Complaint to July 13, 2023.

## I.  Recitals

On April 14, 2023, Plaintiff filed a Complaint against Defendants Lewis, Perryman, Fitzgerald, and CCSD. On June 12, 2023, Defendants Lewis and Fitzgerald filed a Motion for Partial Dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion for Partial Dismissal"). On June 16, 2023, Defendants CCSD and Perryman filed a Joinder to the Motion for Partial Dismissal. ("Joinder to Motion for Partial Dismissal").

Pursuant to District of Nevada Local Rule 7-2, Plaintiff's Opposition to the Motion for Partial Dismissal and Joinder to the Motion for Partial Dismissal ("Opposition") is currently due on June 26, 2023. Additionally, Defendants' Replies to Plaintiff's Opposition ("Replies") are currently due on July 3, 2023.

Plaintiff's counsel unfortunately came down with illness, so on June 23, 2023, the parties agreed to seek the extension requested in this stipulation in order to allow time for Plaintiff's counsel to recover. The parties now request that the deadlines for Plaintiff's Opposition and Defendants' Replies be extended as follows:

1. The new deadline for Plaintiff's Opposition: July 6, 2023
2. The new deadline for Defendants' Replies: July 13, 2023

There have not been any previous time modifications in this case, whether by stipulation or Court order. The requested time modifications should not have any impact on the schedule of the case as the case is in its infancy and was recently assigned to this Court.

/./././

/././.

II. **Stipulation**

Pursuant to the foregoing recitals, which are incorporated herein by this reference, and subject to the Court's approval, the Parties stipulate and agree as follows:

Plaintiff's Opposition and Defendants' Reply Deadlines are extended as follows:

1. Plaintiff's deadline to file an Opposition to Defendant Lewis and Fitzgerald's Motion for Partial Dismissal and Defendant CCSD and Perryman's Joinder to Defendant Lewis and Fitzgerald's Partial Dismissal shall be July 6, 2023;

2. Defendant Lewis and Fitzgerald's Deadline to file a Reply to Plaintiff's Opposition to Defendant Lewis and Fitzgerald's Motion for Partial Dismissal shall be July 13, 2023;

3. Defendant CCSD and Perryman's Deadline to file a Reply to Plaintiff's Opposition to Defendant CCSD and Perryman's Joinder to Defendant Lewis and Fitzgerald's Partial Dismissal shall be July 13, 2023.

This stipulation and order in Case No. 2:23-cv-00564-JCM-DJA is sought in good faith and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated June 23, 2023
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**

By: /s/ *Gregg A. Hubley*
 GREGG A. HUBLEY, ESQ., NBN 7386
 CHRISTOPHER A.J. SWIFT, ESQ., NBN 11291
 7201 W. Lake Mead Boulevard, Suite 570
 Las Vegas, Nevada 89128

MARIANNE C. LANUTI, ESQ., NBN 7784
**LAW OFFICES OF MARIANNE C. LANUTI**
194 Inveraray Court
Henderson, Nevada 89074

*Attorneys for Plaintiff*
Dated June 23, 2023

**MARQUIS AURBACH**

By: */s/ Jackie V. Nichols*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants Ryan Lewis and Kathryn Fitzgerald*

Dated June 23, 2023

**OLSON CANNON GORMLEY & STOBERSKI**

By: */s/ Thomas D. Dillard*
THOMAS D. DILLARD, JR. ESQ.
Nevada Bar No. 6270
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 6270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendants Clark County School District and Scarlett Perryman*

**ORDER**

IT IS SO ORDERED.

DATED: June 26, 2023

_____
UNITED STATES DISTRICT JUDGE