**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants Ryan Lewis and Kathryn Fitzgerald

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| B.H., a minor by and through her Parent, Sirbrina Bell,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; SCARLETT PERRYMAN, individually, and in her official capacity as School Associate Superintendent of Clark County School District; RYAN LEWIS, individually, and in his official capacity as Plaintiff's former Principal; KATHRYN FITZGERALD, individually, and in her capacity as Plaintiff's former teacher of record; DOES I-X, and ROE CORPORATIONS I –X, inclusive,<br><br>Defendants. | Case Number:<br>2:23-cv-00564-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS RYAN LEWIS AND KATHRYN FITZGERALD'S REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL**<br><br>**(FIRST REQUEST)** |

The Parties, Plaintiff B.H., a minor by and through her Parent, Sirbrina Bell ("Plaintiffs"), by and through their counsel of record, Gregg A. Hubley, Esq. and Christopher A.J. Swift, Esq., of Arias Sanguinetti Wang & Torrijos and Marianne C. Lanuti, Esq., of the Law Offices of Marianne Lanuti, Defendants Ryan Lewis ("Lewis") and Kathryn Fitzgerald ("Fitzgerald") (hereinafter "Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and Defendants Clark County School District and Scarlett Perryman ("Joining CCSD Defendants"), by and through their counsel of record, Thomas D. Dillard, Esq. and

MAC:01444-021 5152450_1 7/13/2023 3:30 PM

Stephanie Barker, Esq., of Olson Cannon Gormley & Stoberski, and hereby agree and jointly stipulate the following:

1. The Parties agree that, due to scheduling conflicts limiting Defendants Lewis and Fitzgerald counsel's ability to timely and adequately file their Reply in Support of Motion for Partial Dismissal, the deadline for Defendants Lewis and Fitzgerald to file their Reply in Support of Motion for Partial Dismissal shall be extended one weeks, from **July 13, 2023, to July 20, 2023.**

2. This is the first request for an extension of this deadline.

. . .

MAC:01444-021 5152450_1 7/13/2023 3:30 PM

3.     The Parties have submitted that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 13th day of July, 2023

ARIAS SANGUINETTI WANG & TORRIJOS

By:   /s/ Christopher A. J. Swift
    Gregg A. Hubley, Esq.
    Nevada Bar No. 7386
    Christopher A.J. Swift, Esq.
    Nevada Bar No. 11291
    7201 W. Lake Mead Blvd., Suite 570
    Las Vegas, Nevada 89128

    Marianne C. Lanuti, Esq.
    Nevada Bar No. 7784
    Law Offices of Marianne Lanuti
    194 Inveraray Court
    Henderson, Nevada 89074

    Attorneys for Plaintiffs B.H., a minor by and through her Parent, Sirbrina Bell

DATED this 13th day of July, 2023

MARQUIS AURBACH

By:   /s/ Jackie V. Nichols
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Ryan Lewis and Kathryn Fitzgerald

DATED this 13th day of July, 2023

Olson Cannon Gormley & Stoberski

By:   /s/ Peter R. Pratt
    Thomas D. Dillard, Esq.
    Nevada Bar No. 6270
    Stephanie A. Barker, Esq.
    Nevada Bar No. 3176
    Peter R. Pratt, Esq.
    Nevada Bar No. 6458
    950 West Cheyenne Avenue
    Las Vegas, Nevada 89129
    Attorneys for Defendants Clark County School District and Scarlett Perryman

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED July 13, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

MAC:01444-021 5152450_1 7/13/2023 3:30 PM

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANTS RYAN LEWIS AND KATHRYN FITZGERALD'S REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 13th day of July, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:01444-021 5152450_1 7/13/2023 3:30 PM