THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:      702-384-4012
Facsimile:  702-383-0701
Email: tdillard@ocgas.com
       sbarker@ocgas.com
*Attorneys for Defendants*
*Clark County School District and*
   *Scarlett Perryman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| B.H., a minor by and through her Parent, Sirbrina Bell,<br><br>  Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; SCARLETT PERRYMAN, individually, and in her official capacity as a School Associate Superintendent of Clark County School District; RYAN LEWIS, individually, and in his official capacity as Plaintiff's former Principal; KATHRYN FITZGERALD, individually, and in her capacity as Plaintiff's former teacher of record; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | CASE NO. 2:23-cv-00564-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

PURSUANT TO LR 6-1 and LR 26-4 [26-3], PLAINTIFF, by and through her undersigned counsel of record, and Defendants CLARK COUNTY SCHOOL DISTRICT (CCSD) and SCARLETT PERRYMAN (Perryman), by and through their undersigned counsel of record, and Defendants RYAN LEWIS (Lewis) and KATHRYN FITZGERALD (Fitzgerald), by and through their undersigned counsel of record, hereby stipulate and request that this Court extend discovery deadlines in the above-captioned case by ninety (90) days as outlined herein. This is the parties' **First Request** to extend the time to complete discovery.

In support of this Stipulation and Request, the parties state as follows:

I. Procedural Posture of the Case:

1. On April 26, 2023, Plaintiff filed the subject Complaint. (ECF No. 1)
2. On May 26, 2023, Defendants CCSD and Perryman filed their Answer to Plaintiff's Complaint. (ECF No. 5)
3. On June 12, 2023, Defendants Lewis and Fitzgerald filed their Motion for Partial Dismissal of Plaintiff's Complaint. (ECF No. 10)
4. On June 16, 2023, Defendants CCSD and Perryman filed their Joinder to Defendants Lewis and Fitzgerald's Motion for Partial Dismissal of Plaintiff's Complaint. (ECF No. 12)
5. On July 6, 2023, Plaintiff filed its Opposition to Defendants Lewis and Fitzgerald's Motion for Partial Dismissal of Plaintiff's Complaint, and to Defendants CCSD and Perryman's Joinder thereto. (ECF No. 15)
6. On July 11, 2023, the Court approved the parties proposed Joint Discovery Plan and Scheduling Order. (ECF No. 17)
7. After Stipulation to an extension of time (ECF No. 20), on July 20, 2023, Defendants Lewis and Fitzgerald filed their Reply in Support of their Motion for Partial Dismissal of Plaintiff's Complaint. (ECF No. 21)
8. On July 20, 2023, Defendants CCSD and Perryman filed a Joinder to Defendants Lewis and Fitzgerald's Reply in Support of their Motion for Partial Dismissal of Plaintiff's Complaint. (ECF No. 22)
9. On July 25, 2023, the Court approved and entered the parties Stipulated Protecive and Confidentiality Order. (ECF No. 24)

II. Discovery Completed to Date

1. Initial Disclosures were served:
    a. By Plaintiff on July 21, 2023;
    b. By Defendants CCSD and Perryman on July 21, 2023;
    c. By Defendants Lewis and Fitzgerald on July 21, 2023.

2. On August 23, 2022, an in-classroom observation of the minor Plaintiff by Plaintiff's expert was conducted.

3. Interrogatories and Requests for Production of Documents were served to Plaintiff by Defendant CCSD on August 24, 2023; Plaintiff's Responses thereto are due on September 26, 2023.

4. Defendant Ryan Lewis's deposition is scheduled for September 28, 2023.

III. Discovery Remaining

1. Deposition of the named Defendant Kathryn Fitzgerald

2. Deposition of the named Defendant Scarlett Perryman

3. Disclosure of Plaintiff's Computation of Damages

4. Determination of the scope, need for, and scheduling of a FRCP Rule 35 examination of the minor Plaintiff, contingent upon disclosure of Plaintiff's Computation of Damages.

5. In addition to depositions of the named Defendants, Depositions of an estimated six additional CCSD witnesses to events pertinent to the facts and circumstances surrounding the allegations of the Complaint.

6. Depositions of any and all physical and mental healthcare providers for the minor Plaintiff, the number of which is currently unknown.

7. Depositions of the minor Plaintiff's parents and guardians.

8. Upon Plaintiff's production of Authorizations for physical and mental health care records, and for childcare records, Subpoenas Duces Tecum will be issued to gather evidence of the minor Plaintiff's treatment and interaction at locations other than CCSD.

9. The parties will produce expert reports and rebuttal experts.

10. The parties will depose experts as disclosed.

/ / /

/ / /

IV. <u>Why Remaining Discovery Has Not Been Completed</u>

The parties have been actively attempting to coordinate schedules of the parties' attorneys and of multiple current and former CCSD witnesses at the commencement of the school year. Due to the attorneys' calendars and conflicting discovery deadlines in other cases, the depositions and supplemental disclosures necessary to the parties' completion of discovery, and expert assessment and retention, have not been accomplished in spite of the parties' good faith efforts. Accordingly, the parties request a 90-day extension of the discovery deadlines as set forth below.

V. <u>Requested Extension or Modification of the Discovery Plan and Scheduling Order</u>

LR 26-4 governs modifications or extension of the discovery plan and scheduling order. LR 26-3 requires that any stipulation or motion must be made not later than twenty-one (21) days before the expiration of the subject deadline and comply fully with LR 26-4.

The current discovery deadlines and the parties' proposed extended deadlines are:

| **Scheduled Event** | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Close of Discovery | November 27, 2023 | February 26, 2024 |
| Amending Pleadings | August 29, 2023 | Expired |
| Expert Disclosures | September 28, 2023 | December 28, 2023 |
| Rebuttal Disclosures | October 27, 2023 | January 26, 2024 |
| Dispositive Motions | December 27, 2023 | March 28, 2024 |
| Joint Pretrial Order | January 26, 2024 | April 27, 2024 |

This is the First Request for an extension of discovery deadlines in this matter. This extension is sought for the purpose of allowing the parties to fully discover testimony regarding the subject events, damages claimed, expert assessment of the events and damages at issue, and not for any improper purpose or for delay.

The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension.

BASED UPON THE FOREGOING, the parties respectfully request this Court extend discovery deadlines by ninety (90) days as set forth hereinabove.

IT IS SO STIPULATED AND AGREED BY:

DATED this 7th day of Sept., 2023.

OLSON CANNON GORMLEY
 & STOBERSKI

By: /s/ Stephanie A. Barker
    THOMAS D. DILLARD, JR., ESQ.
    Nevada Bar No. 6270
    STEPHANIE A. BARKER, ESQ.
    Nevada Bar No. 3176
    9950 West Cheyenne Avenue
    Las Vegas, Nevada 89129
    tdillard@ocgas.com
    sbarker@ocgas.com
    *Attorneys for* Defendants
      Clark County School District and
      Scarlett Perryman

DATED this 7th day of Sept., 2023.

MARQUIS AURBACH CHTD

By: /s/ Jackie W. Nichols
    CRAIG R. ANDERSON, ESQ.
    Nevada Bar No. 6882
    JACKIE V. NICHOLS, ESQ.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, NV 89145
    canderson@maclaw.com
    jnichols@maclaw.com
    *Attorneys for Defendants Ryan Lewis,
      and Kathryn Fitzgerald*

DATED this 7th day of Sept., 2023.

ARIAS SANGUINETTI WANG
 & TORRIJOS, LLP

By: /s/ Christopher A.J. Swift
    GREGG A. HUBLEY, ESQ.
    Nevada Bar No. 7386
    CHRISTOPHER A.J. SWIFT, ESQ.
    Nevada Bar No. 11291
    7201 W. Lake Mead Blvd., Suite 570
    Las Vegas, NV 89128
    gregg@aswtlawyers.com
    christopher@aswtlawyers.com
    *Attorneys for Plaintiff*

LAW OFFICE OF MARIANNE C. LANUTI
MARIANNE C. LANUTI, ESQ.
Nevada Bar No. 7784
658 Falcon Summit Ct.
Henderson, NV 89012
NVKidsLaw@gmail.com
*Attorney for Plaintiff*

### ORDER

IT IS SO ORDERED.

DATED this   8th   day of   September  , 2023.

_____
UNITED STATES MAGISTRATE JUDGE

# Nan Langenderfer

| | |
|---|---|
| **From:** | Christopher A. J. Swift <christopher@aswtlawyers.com> |
| **Sent:** | Wednesday, September 6, 2023 10:34 AM |
| **To:** | Stephanie Barker; Gregg A. Hubley; Jackie V. Nichols |
| **Cc:** | Emily Grable; Emily Smith; Bryan Tamayo; Jasminn G. Hernandez; Tom Dillard; Jessica Kaufman; Linda Roth; Krista Busch; Nan Langenderfer |
| **Subject:** | RE: BH v. CCSD - Expert Deadline |

Hi Stephanie,

You may affix my electronic signature. Thank you for preparing this.

CHRISTOPHER A.J. SWIFT | ARIAS SANGUINETTI | (702) 789-7529

**From:** Stephanie Barker <sbarker@ocgas.com>
**Sent:** Tuesday, September 5, 2023 7:01 PM
**To:** Christopher A. J. Swift <christopher@aswtlawyers.com>; Gregg A. Hubley <gregg@aswtlawyers.com>; Jackie V. Nichols <jnichols@maclaw.com>
**Cc:** Emily Grable <emily@aswtlawyers.com>; Emily Smith <emilys@aswtlawyers.com>; Bryan Tamayo <bryan@aswtlawyers.com>; Jasminn G. Hernandez <jasminn@aswtlawyers.com>; Tom Dillard <tdillard@ocgas.com>; Jessica Kaufman <jkaufman@ocgas.com>; Linda Roth <lroth@ocgas.com>; Krista Busch <kbusch@maclaw.com>; Nan Langenderfer <nlangenderfer@ocgas.com>
**Subject:** RE: BH v. CCSD - Expert Deadline
**Importance:** High

[CAUTION EXTERNAL E-MAIL: This email originated from Outside the Organization. DO NOT click or open attachments unless you recognize the sender and know the content is safe]

Chris, Gregg, & Jackie:

I've attached a draft Stip and Order requesting extension of discovery deadlines (First Request).  Please let me know if you are agreeable to a stipulation, if so is this acceptable or if you would like changes.  The Stip, or a motion, will need to be filed by Thursday.

Thank you.


**Stephanie A. Barker, Esq.**
**Olson Cannon Gormley & Stoberski**
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone:  702-384-4012
Direct:  702-383-1624
sbarker@ocgas.com

**Privileged and Confidential**
This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information.  Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited.  This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure

1

# Nan Langenderfer

| | |
|---|---|
| **From:** | Jackie V. Nichols <jnichols@maclaw.com> |
| **Sent:** | Wednesday, September 6, 2023 10:07 AM |
| **To:** | Stephanie Barker; Christopher A. J. Swift; Gregg A. Hubley |
| **Cc:** | Emily Grable; Emily Smith; Bryan Tamayo; Jasminn G. Hernandez; Tom Dillard; Jessica Kaufman; Linda Roth; Krista Busch; Nan Langenderfer |
| **Subject:** | RE: BH v. CCSD - Expert Deadline |

You may affix my signature



**Jacqueline V. Nichols, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6091
f | 702.382.5816
jnichols@maclaw.com
maclaw.com



Please consider the environment before printing this e-mail!
DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

**From:** Stephanie Barker <sbarker@ocgas.com>
**Sent:** Tuesday, September 05, 2023 7:01 PM
**To:** Christopher A. J. Swift <christopher@aswtlawyers.com>; Gregg A. Hubley <gregg@aswtlawyers.com>; Jackie V. Nichols <jnichols@maclaw.com>
**Cc:** Emily Grable <emily@aswtlawyers.com>; Emily Smith <emilys@aswtlawyers.com>; Bryan Tamayo <bryan@aswtlawyers.com>; Jasminn G. Hernandez <jasminn@aswtlawyers.com>; Tom Dillard <tdillard@ocgas.com>; Jessica Kaufman <jkaufman@ocgas.com>; Linda Roth <lroth@ocgas.com>; Krista Busch <kbusch@maclaw.com>; Nan Langenderfer <nlangenderfer@ocgas.com>
**Subject:** RE: BH v. CCSD - Expert Deadline
**Importance:** High

Chris, Gregg, & Jackie:

I've attached a draft Stip and Order requesting extension of discovery deadlines (First Request). Please let me know if you are agreeable to a stipulation, if so is this acceptable or if you would like changes. The Stip, or a motion, will need to be filed by Thursday.

Thank you.

**Stephanie A. Barker, Esq.**
**Olson Cannon Gormley & Stoberski**

1