1  THOMAS D. DILLARD, JR., ESQ.
   Nevada Bar No. 6270
2  STEPHANIE A. BARKER, ESQ.
   Nevada Bar No. 3176
3  STEPHANIE M. ZINNA, ESQ.
   Nevada Bar No. 11488
4  OLSON CANNON GORMLEY & STOBERSKI
   9950 West Cheyenne Avenue
5  Las Vegas, NV 89129
   Phone:    702-384-4012
6  Facsimile: 702-383-0701
7  Email:  tdillard@ocgas.com
            sbarker@ocgas.com
8           szinna@ocgas.com
   Attorneys for Defendants
9  *Clark County School District, and*
      *Scarlett Perryman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| B.H., a minor by and through her Parent, Sirbrina Bell,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; SCARLETT PERRYMAN, individually, and in her official capacity as a School Associate Superintendent of Clark County School District; RYAN LEWIS, individually, and in his official capacity as Plaintiff's former Principal; KATHRYN FITZGERALD, individually, and in her capacity as Plaintiff's former teacher of record; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 2:23-cv-00564-JCM-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between the parties, in accordance with LR 26-3, that discovery, and all associated deadlines, be stayed pending formal mediation. This Stipulation is supported by good cause, is the Parties' first request and not for the purpose of delay.

/ / /

## I. DISCOVERY COMPLETED TO DATE

The parties have completed the following discovery to date: exchanged their initial Rule 26 Disclosures and supplements thereto. Per the Court's requirements, the specific discovery conducted is delineated below:

1. Initial Disclosures were served:
   a. By Plaintiff on July 21, 2023;
   b. By Defendants CCSD and Perryman on July 21, 2023;
   c. By Defendants Lewis and Fitzgerald on July 21, 2023.
2. On August 23, 2022, an in-classroom observation of the minor Plaintiff by Plaintiff's expert was conducted.
3. On September 15, 2023, Defendants CCSD and Perryman served their First Supplemental Disclosure of Documents and Witnesses.
4. On September 21, 2023, Defendants CCSD and Perryman served their Second Supplemental Disclosure of Documents and Witnesses.
5. The Deposition of Troye Boudreaux was taken on September 22, 2023.
6. On September 25, 2023, Plaintiff served its Responses to Defendant Clark County School District's First Set of Interrogatories.
7. On September 25, 2023, Plaintiff served its Responses to Defendant Clark County School District's First Set of Requests for Production of Documents.
8. On October 4, 2023, Defendants CCSD and Perryman served their Third Supplemental Disclosure of Documents and Witnesses.
9. On October 12, 2023, Plaintiff served its First Supplemental Disclosure of Documents and Witnesses.
10. The deposition of CCSD Police Lt. Jason Elfberg was noticed for October 17, 2023, and continued due to Plaintiff's counsels' scheduling conflicts.
11. The video deposition of Defendant Fitzgerald was noticed for October 25, 2023, and rescheduled due to deponent having tested positive for Covid.

12. On October 25, 2023, Defendants CCSD and Perryman served their Fourth Supplemental Disclosure of Documents and Witnesses.

13. On October 25, 2023, Defendants Lewis and Fitzgerald served their First Supplemental Disclosure of Documents and Witnesses.

14. On October 25, 2023, Defendant Clark County School District served its Answers to Plaintiff's First Set of Interrogatories.

15. On October 25, 2025, Defendant Clark County School District served its Answers to Plaintiff's First Set of Requests for Admissions.

16. On October 25, 2025, Defendant Clark County School District served its Answers to Plaintiff's First Set of Requests for Production of Documents.

17. On October 25, 2023, Defendant Scarlett Perryman served her Answers to Plaintiff's First Set of Interrogatories.

18. On October 25, 2025, Defendant Scarlett Perryman served her Answers to Plaintiff's First Set of Requests for Admissions.

19. On October 25, 2025, Defendant Scarlett Perryman served her Answers to Plaintiff's First Set of Requests for Production of Documents.

20. On October 25, 2023, Defendant Ryan Lewis served his Answers to Plaintiff's First Set of Interrogatories.

21. On October 25, 2023, Defendant Ryan Lewis served his Responses to Plaintiff's First Set of Requests for Admissions.

22. On October 25, 2023, Defendant Ryan Lewis served his Responses to Plaintiff's First Set of Requests for Production of Documents

23. On October 31, 2023, Defendants CCSD and Perryman served their Amended Fourth Supplemental Disclosure of Documents and Witnesses.

24. On November 1, 2023, Defendants Lewis and Fitzgerald served their Second Supplemental Disclosure of Documents and Witnesses.

25. On November 1, 2023, Defendant Kathryn Fitzgerald served her Answers to Plaintiff's First Set of Interrogatories.

26. On November 1, 2023, Defendant Kathryn Fitzgerald served her Responses to Plaintiff's First Set of Requests for Admissions.

27. On November 1, 2023, Defendant Kathryn Fitzgerald served her Responses to Plaintiff's First Set of Requests for Production of Documents.

28. The Deposition of Kia Hunter was taken on November 2, 2023.

29. The Deposition of Lieutenant Jason Elfberg was taken November 7, 2023.

30. The Deposition of Sirbrina Bell was taken November 8, 2023.

31. The continued Deposition of Troye Boudreaux was taken on November 13, 2023.

32. The Rule 35 Examination of the minor Plaintiff B.H. was completed for December 9, 2023.

33. The Deposition of Starlyn Olson was taken December 14, 2023.

34. On January 5, 2024 Defendants CCSD and Perryman served their Fifth Supplemental Disclosure of Documents and Witnesses.

35. The Deposition of Kathryn Fitzgerald was taken on April 3, 2024.

36. The Deposition of Ryan Lewis was taken on April 10, 2024.

37. The Deposition of Scarlett Perryman was taken on May 21, 2024.

38. On June 27, 2024 Plaintiff and Defendants CCSD and Perryman served their Initial Expert Disclosure, respectively.

39. On June 27, 2024, Defendants Lewis and Fitzgerald served their Joinder to Defendants CCSD and Perryman's Initial Expert Disclosure.

II.  **DISCOVERY YET TO BE COMPLETED**

The Parties have yet to complete the following discovery:

1. Continued deposition of Ryan Lewis previously set for July 11, 2024.
2. 30(b)(6) Deposition of CCSD.
3. In addition to depositions of the named Defendants, Depositions of an estimated six additional CCSD witnesses to events pertinent to the facts and circumstances surrounding the allegations of the Complaint.

4. Depositions of any and all physical and mental healthcare providers for the minor Plaintiff.

5. Upon Plaintiff's production of Authorizations for physical and mental health care records, and for childcare records, Subpoenas Duces Tecum will be issued to gather evidence of the minor Plaintiff's treatment and interaction at locations other than CCSD.

6. The parties will produce rebuttal expert reports.

7. The parties will depose experts as disclosed.

The Parties reserve the right to conduct additional discovery that is permitted by the United States Rules of Civil Procedure.

## III.   LEGAL STANDARD AND REASONING

The Court has the inherent power to control its docket, including the discretion to stay proceedings. *Landis v. N. Am. Co.,* 299 U.S. 248, 254-55 (1936). The determination of whether to stay proceedings is best determined by weighing the competing interests of the parties and the Court. *Id.* "Among those competing interests are the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Lockyer v. Mirant Corp.,* 398 F.3d 1098, 1110 (9th Cir.2005).

Here, there is a general understanding of the potential for settlement, and all parties believe a good faith effort that mediation may achieve settlement. All parties would like to avoid incurring the expense of proceeding with the remaining discovery if it can be avoided through settlement. The parties' independent negotiations have failed but the parties believe

a mediation may be helpful to achieve a settlement agreement. This stipulation represents the shared interests of the parties. Additionally, it would be beneficial to the Court and its docket if the parties are able to achieve a settlement agreement during the period of the stay. As such, the parties seek to stay discovery pending the completion of a mediation.

| | |
|---|---|
| DATED this 23rd day of July, 2024. | DATED this 23rd day of July, 2024. |
| OLSON CANNON GORMLEY<br>  & STOBERSKI | ARIAS SANGUINETTI WANG<br>  & TORRIJOS, LLP |
| By: */s/ Stephanie M. Zinna, Esq.*<br>THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 6270<br>STEPHANIE M. ZINNA, ESQ.<br>Nevada Bar No. 11488<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>*Attorneys for* Defendants<br>  *Clark County School District and*<br>  *Scarlett Perryman* | By: */s/ Christopher A.J. Swift, Esq.*<br>GREGG A. HUBLEY, ESQ.<br>Nevada Bar No. 7386<br>CHRISTOPHER A.J. SWIFT, ESQ.<br>Nevada Bar No. 11291<br>7201 W. Lake Mead Blvd., Suite 570<br>Las Vegas, NV 89128<br>*Attorneys for Plaintiff*<br><br>LAW OFFICE OF MARIANNE C. LANUTI<br>MARIANNE C. LANUTI, ESQ.<br>Nevada Bar No. 7784<br>658 Falcon Summit Ct.<br>Henderson, NV 89012<br>*Attorney for Plaintiff* |
| DATED this 23rd day of July, 2024. | |
| MARQUIS AURBACH CHTD | |
| By: */s/ Jackie V. Nichols, Esq.*<br>CRAIG R. ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>JACKIE V. NICHOLS, ESQ.<br>Nevada Bar No. 14246<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorneys for Defendants Ryan Lewis,*<br>  *and Kathryn Fitzgerald* | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER

Based upon the foregoing Stipulation of the Parties, and for good cause appearing therefore, IT IS HEREBY ORDERED that discovery in *B.H. through Sirbrina Bell v. Clark County School District, Scarlett Perryman, Ryan Lewis, and Kathryn Fitzgerald,* USDC Case No. 2:23-cv-00564-JCM-DJA and all related deadlines, are STAYED pending the completion of a mediation.

IT IS FURTHER ORDERED that, in the event that the parties do not reach a settlement, they shall file a proposed discovery scheduling order fourteen (14) days after the unsuccessful mediation.

**IT IS FURTHER ORDERED** that, although the parties did not cite the good cause standard articulated in *Gibson v. MGM International*, No. 2:23-cv-00140-MMD-DJA, 2023 WL 4455726 (D. Nev. July 11, 2023), the parties have demonstrated good cause to stay discovery pending their mediation. So, the Court **GRANTS** the parties' stipulation to stay discovery (ECF No. 36).

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 24, 2024

**Audrianna Click**

| | |
|---|---|
| **From:** | Jackie V. Nichols <jnichols@maclaw.com> |
| **Sent:** | Thursday, July 18, 2024 2:38 PM |
| **To:** | Audrianna Click; 'Emily Smith'; Bryan Tamayo; Jasminn G. Hernandez; Christopher A. J. Swift; Gregg A. Hubley; Krista Busch |
| **Cc:** | Linda Roth; Tom Dillard; Stephanie Zinna |
| **Subject:** | RE: BH v. CCSD / Stip to Stay Discovery |

You may affix my e-signature.



**Jacqueline V. Nichols, Esq.**
10001 Park Run Drive
Las Vegas, NV 89145
t | 702.207.6091
f | 702.382.5816
jnichols@maclaw.com
maclaw.com

---

**From:** Audrianna Click <aclick@ocgattorneys.com>
**Sent:** Wednesday, July 17, 2024 1:35 PM
**To:** 'Emily Smith' <emilys@aswtlawyers.com>; Jackie V. Nichols <jnichols@maclaw.com>; Bryan Tamayo <bryan@aswtlawyers.com>; Jasminn G. Hernandez <jasminn@aswtlawyers.com>; Christopher A. J. Swift <christopher@aswtlawyers.com>; Gregg A. Hubley <gregg@aswtlawyers.com>; Krista Busch <kbusch@maclaw.com>
**Cc:** Linda Roth <lroth@ocgattorneys.com>; Tom Dillard <tdillard@ocgattorneys.com>; Stephanie Zinna <szinna@ocgattorneys.com>
**Subject:** BH v. CCSD / Stip to Stay Discovery

Good afternoon,

Please see the attached proposed stipulation to stay discovery. Please let me know if you have any changes or if I may affix your e-signature.

Thank you kindly!

Audrianna Click
Legal Assistant to
Stephanie Zinna, Esq
Paterno C. Jurani, Esq.
Olson Cannon & Gormley
9950 W Cheyenne Ave Las Vegas, NV 89129
Ph: (702) 384-4012 | F: (702) 383-0701
aclick@ocgattorneys.com

1

# Audrianna Click

| | |
|---|---|
| **From:** | Christopher A. J. Swift <christopher@aswtlawyers.com> |
| **Sent:** | Tuesday, July 23, 2024 12:46 PM |
| **To:** | Linda Roth; Jackie V. Nichols; Audrianna Click; Emily Smith; Bryan Tamayo; Jasminn G. Hernandez; Gregg A. Hubley; Krista Busch |
| **Cc:** | Tom Dillard; Stephanie Zinna |
| **Subject:** | RE: BH v. CCSD / Stip to Stay Discovery |

**Synergy Solution IT**
**Warning:** The sender christopher@aswtlawyers.com sending email from domain aswtlawyers.com is not yet trusted by your organization.
There is a URL in the email asking for login credentials. It could be a phishing attempt.
Report Phishing Remove Banner
powered by Graphus®

Hi Linda –

You can attach my electronic signature to this. Thank you for preparing.

CHRISTOPHER A.J. SWIFT | ARIAS SANGUINETTI | (702) 789-7529

---

**From:** Linda Roth <lroth@ocgattorneys.com>
**Sent:** Tuesday, July 23, 2024 11:37 AM
**To:** Christopher A. J. Swift <christopher@aswtlawyers.com>; Jackie V. Nichols <jnichols@maclaw.com>; Audrianna Click <aclick@ocgattorneys.com>; Emily Smith <emilys@aswtlawyers.com>; Bryan Tamayo <bryan@aswtlawyers.com>; Jasminn G. Hernandez <jasminn@aswtlawyers.com>; Gregg A. Hubley <gregg@aswtlawyers.com>; Krista Busch <kbusch@maclaw.com>
**Cc:** Tom Dillard <tdillard@ocgattorneys.com>; Stephanie Zinna <szinna@ocgattorneys.com>
**Subject:** RE: BH v. CCSD / Stip to Stay Discovery

[CAUTION EXTERNAL E-MAIL: This email originated from Outside the Organization. DO NOT click or open attachments unless you recognize the sender and know the content is safe]

You don't often get email from lroth@ocgattorneys.com. Learn why this is important

Thanks Chris 

1