**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorney for Defendants Ryan Lewis and Kathryn Fitzgerald

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| B.H., a minor by and through her Parent, Sirbrina Bell,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; SCARLETT PERRYMAN, individually; RYAN LEWIS, individually; KATHRYN FITZGERALD, individually; DOES I–X, and ROE CORPORATIONS I –X, inclusive,<br><br>                    Defendants. | Case Number:<br>2:23-cv-00564-JCM-DJA<br><br><br>**MOTION TO REMOVE COUNSEL**<br>**FROM CM/ECF SERVICE LIST** |

Defendants Ryan Lewis ("Lewis") and Kathryn Fitzgerald ("Fitzgerald") (hereinafter "Defendants"), by and through their attorney of record, Marquis Aurbach, respectfully request attorney Jacqueline V. Nichols, Esq. be removed from the CM/ECF service list for the above-captioned matter.

Ms. Nichols is no longer with the law firm of Marquis Aurbach and therefore request the email addresses of jnichols@maclaw.com and kbusch@maclaw.com be removed from the service list.

Dated this 7th day of August, 2024.

MARQUIS AURBACH

By: /s/ Craig R. Anderson
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorney for Defendants Ryan Lewis and
    Kathryn Fitzgerald

**IT IS SO ORDERED**.

DATED: 8/8/2024

_____
Daniel J. Albregts
United States Magistrate Judge

MAC:01444-021 5568464_1 8/7/2024 10:02 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that I electronically filed the foregoing **MOTION TO REMOVE**

3

**COUNSEL FROM CM/ECF SERVICE LIST** with the Clerk of the Court for the United

4

States District Court by using the court's CM/ECF system on the 7th day of August, 2024.

5

☒       I further certify that all participants in the case are registered CM/ECF users

6

and that service will be accomplished by the CM/ECF system.

7

☐       I further certify that some of the participants in the case are not registered

8

CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid,

9

or have dispatched it to a third party commercial carrier for delivery within 3 calendar days

10

to the following non-CM/ECF participants:

11

N/A

12

13

/s/ Krista Busch

14

An employee of Marquis Aurbach

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:01444-021 5568464_1 8/7/2024 10:02 AM