**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorney for Defendants Ryan Lewis and Kathryn Fitzgerald

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| B.H., a minor by and through her Parent, Sirbrina Bell,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; SCARLETT PERRYMAN, individually; RYAN LEWIS, individually; KATHRYN FITZGERALD, individually; DOES I-X, and ROE CORPORATIONS I –X, inclusive,<br><br>Defendants. | Case Number:<br>2:23-cv-00564-JCM-DJA<br><br><u>**SUBSTITUTION OF ATTORNEY**</u> |

Defendants Ryan Lewis ("Lewis") and Kathryn Fitzgerald ("Fitzgerald") (hereinafter "Defendants") hereby substitutes Jacqueline V. Nichols, Esq., of the law firm of Gordon Rees Scully Mansukhani, as attorney of record, in the above-entitled action in place and instead of Craig R. Anderson, Esq. of the law firm Marquis Aurbach.

DEFENDANT RYAN LEWIS                     DEFENDANT KATHRYN FITZGERALD

By: _Ryan Lewis_____          By: /s/ Kathryn Fitzgerald_____

I consent to the above substitution:

MARQUIS AURBACH

By: __/s/ Craig R. Anderson_____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendants Ryan Lewis and

Page 1 of 1

MAC:01444-021 5576294_1 8/28/2024

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Kathryn Fitzgerald

I hereby accept the above and foregoing substitution as attorney for Defendants Ryan Lewis and Kathryn Fitzgerald.  Above substitution accepted.

Dated this 30th day of August, 2024.

GORDON REES SCULLY MANSUKHANI

By: _/s/ Jacqueline V. Nichols_
Jacqueline V. Nichols, Esq.
Nevada Bar No. 14246
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Attorney for Defendants Ryan Lewis and
Kathryn Fitzgerald

**ORDER**

The above Substitution of Attorney is hereby GRANTED.

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/4/2024

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 2 of 1

MAC:01444-021 5576294_1 8/28/2024

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **SUBSTITUTION OF ATTORNEY** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 30th day of August, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Jacqueline V. Nichols, Esq.
Gordon Rees Scully Mansukhani
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
**Email: jnichols@grsm.com**

/s/ Krista Busch
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:01444-021 5576294_1 8/28/2024

**Krista Busch**

| | |
|---|---|
| **From:** | Jackie Nichols <jnichols@grsm.com> |
| **Sent:** | Friday, August 30, 2024 2:09 PM |
| **To:** | Krista Busch |
| **Cc:** | Craig Anderson; Gayle Angulo |
| **Subject:** | Fwd: BH v. CCSD/Lewis; Fitzgerald |

Krista,

I received approval from Ms. Fitzgerald.

You also have my permission to affix my signature on the substitution of attorney.

**From:** Kathryn Fitzgerald <krsfitzgerald@gmail.com>
**Sent:** Friday, August 30, 2024 10:47 AM
**To:** Jackie Nichols <jnichols@grsm.com>
**Cc:** Gayle Angulo <gangulo@grsm.com>
**Subject:** Re: BH v. CCSD/Lewis; Fitzgerald

You have my approval to affix my electronic signature. -Kathryn Fitzgerald

Thanks! Kathryn

On Aug 29, 2024, at 2:54 PM, Jackie Nichols <jnichols@grsm.com> wrote:

Hi Kathryn,

Just following up on this.  We need this executed as soon as possible.

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
**http://www.grsm.com**