Phillip N. Smith Jr., Esq.
Nevada Bar No. 10233
psmithjr@wwhgd.com
Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
jalberts@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendants
Ryan Lewis and Kathryn Fitzgerald*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| B.H., a minor by and through her Parent, Sirbrina Bell, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT; SCARLETT PERRYMAN, individually; RYAN LEWIS, individually; KATHRYN FITZGERALD, individually; DOES I-X, and ROE CORPORATIONS I-X, inclusive <br><br> Defendants. | Case No.: 2:23-cv-00564-JCM-DJA <br><br> **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Pursuant to LR IA 11-6, Defendant, by and through their counsel of record, hereby submit this motion. Jacqueline V. Nichols no longer serves as counsel for Defendant in this matter. Thus, it is requested that Ms. Nichols be withdrawn from this matter and removed from the CM/ECF service list (jnichols@wwhgd.com) and any other service lists for this matter.

/ / /

/ / /

/ / /

/ / /

Defendants will continue to be represented by their counsel of record at the firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC.

Dated: January 9, 2026.

                                                      */s/ Jeremy R. Alberts*
Phillip N. Smith, Jr., Esq.
Jeremy R. Alberts, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendants*
*Ryan Lewis and Kathryn Fitzgerald*

IT IS THEREFORE ORDERED that the motion to remove attorney (ECF No. 90) is GRANTED.  IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to remove Jacqueline V. Nichols, Esq. as counsel of record in this matter.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 12, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2026, a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** was electronically **filed and served** on counsel through the Court's electronic service system pursuant to Administrative Order 14-2 and N.E.F.C.R. 9, via the electronic mail addresses noted below, unless service by another method is stated or noted:

| | |
|---|---|
| Gregg Hubley, Esq. | Stephanie Barker, Esq. |
| Christopher Swift, Esq. | Thomas Dillard, Esq. |
| Arias Sanguinetti Wang & Team, LLP | Linda Roth, Esq. |
| 7201 W. Lake Mead Boulevard, Suite 570 | Nan Langenderfer, Esq. |
| Las Vegas, NV 89128 | Jessica Kaufman. Esq. |
| | Olson Cannon & Gormley |
| Marianne Lanuti, Esq. | 9950 West Cheyenne Ave |
| Law Office Of Marianne C. Lanuti | Las Vegas, NV 89129 |
| 658 Falcon Summit Ct. | *Attorneys for Clark County School District and* |
| Henderson, NV 89012 | *Scarlett Perryman* |
| *Attorneys for Plaintiffs* | |

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Victoria Gomez*
　　　　　　　　　　　　　　　　　　　　　　　An employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC